IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| *(1)* **AMERICAN HUMANIST ASSOCIATION, INC.,** *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **(1) ELEMENTARY SCHOOL DISTRICT NO. 22 OF ADAIR COUNTY, OKLAHOMA, a/k/a MARYETTA PUBLIC SCHOOLS;** *et al.* | ) Case No. 20-cv-383-WPJ ) ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT

The above-entitled matter came on for consideration on entry of Judgment.

**FOR GOOD CAUSE SHOWN** the Court has reviewed the Joint Application for Entry of Judgment and finds that this Judgment, previously approved by the parties as part of a comprehensive settlement of this case, is approved and the Judgment is ordered to be and should be entered. The Missionaries Program at the Maryetta Public School is found to have been a violation of the Establishment Clause of the First Amendment and the Defendants are enjoined and prohibited from reinstituting the Missionaries Program. The terms of the settlement agreed by the parties is approved.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** that the settlement is approved and judgment is entered in favor of the Plaintiffs and against the Defendants because the Missionaries Program was a violation of Establishment Clause of the First Amendment and reinstitution of the Missionaries Program is prohibited. All parties are to bear their own attorney's fees and costs pursuant to the agreement of the parties.

**SO ORDERED**.

_____
WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE